# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

|  |  |
|---|---|
| ROBINSON COMMITTEE, LLC and JACK E. ROBINSON, | ) ) ) ) |
| Petitioners, | ) ) |
| v. | ) ) |
| FEDERAL ELECTION COMMISSION, | ) ) |
| Respondent. | ) ) ) |

Case Number: 1:10-cv-11335-GAO
District Judge George A. O'Toole, Jr.

RESPONDENT'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS

## RESPONDENT FEDERAL ELECTION COMMISSION'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS

Pursuant to Local Rule 7.1(b)(3), respondent Federal Election Commission ("FEC" or "Commission") moves for leave to file a reply to petitioners' Memorandum in Opposition to the FEC's Motion to Dismiss the Petition.  As explained in its accompanying memorandum in support, the FEC respectfully requests that the Court grant its motion because petitioners' Memorandum raises new requests for relief and is, in effect, a motion for sanctions, which the Commission should have an opportunity to address.

On Thursday, October 14, 2010, Commission counsel conferred with counsel for petitioners and attempted in good faith to resolve whether the Court should grant leave to file the reply brief.

WHEREFORE, the FEC respectfully requests that the Court grant its motion for leave to reply in support of its Motion to Dismiss the Petition.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | Phillip Christopher Hughey<br>Acting General Counsel |
|  | David Kolker<br>Associate General Counsel |
|  | Kevin Deeley<br>Assistant General Counsel |
|  | /s/  Kevin P. Hancock<br>Kevin P. Hancock<br>Attorney |
|  | COUNSEL FOR RESPONDENT<br>FEDERAL ELECTION COMMISSION<br>999 E Street NW<br>Washington, DC 20463<br>(202) 694-1650 |
| Dated:  October 19, 2010 | e-mail: khancock@fec.gov |

**Certificate of Service**

I, Kevin P. Hancock, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 19, 2010.

Dated: October 19, 2010                              Respectfully submitted,

                                                     /s/   Kevin P. Hancock
                                                     Kevin P. Hancock

**Certification of Consultation**
**Pursuant to Local Rule 7.1(a)(2)**

I, Kevin P. Hancock, hereby certify, pursuant to Local Rule 7.1(a)(2), that counsel for the FEC has conferred with opposing counsel and has attempted in good faith to resolve or narrow the issue.

Dated: October 19, 2010                              Respectfully submitted,

                                                     /s/   Kevin P. Hancock
                                                     Kevin P. Hancock